RANDY POPE *vs.* COMMONWEALTH. January 6, 1997. *Supreme Judicial Court,* Appeal from order of single justice.

Randy Pope (defendant) purports to appeal under S.J.C. Rule 2:21, 421 Mass. 1303 (1995), to the full court from a single justice's denial of relief sought under G. L. c. 211, § 3 (1994 ed.), and G. L. c. 261, § 27D (1994 ed.). The defendant had sought review of the denial of his request under G. L. c. 261, §§ 27A-27G (1994 ed.), for funds to hire an investigator.

The decision on which the defendant sought review was made in the Superior Court and appeal therefrom was to a single justice of the Appeals Court. G. L. c. 261, § 27D. The defendant has not demonstrated "the absence of an alternative, effective remedy." See *Soja* v. *T.P. Sampson Co.,* 373 Mass. 630, 631 (1977), and cases cited. The single justice did not commit an error of law or abuse his discretion.

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law

*Randy Pope,* pro se.

*Kevin M. Burke,* District Attorney, for the Commonwealth.